# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 10, 2023

Lyle W. Cayce
Clerk

No. 23-10568

———————————

Candace Searcy,

*Plaintiff—Appellant*,

*versus*

Samuel Samy,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-863

———————————————————————

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Candace Searcy brings her appeal *pro se*, requesting that we "reopen[] [this case] due to a federal violation of breach of contract" and enter default judgment. The district court patiently reviewed her case and explained in detail why this matter cannot proceed in federal court. Appellant offers no argument that the court was wrong on

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10568

subject matter jurisdiction, and we do not find any error below. AFFIRMED.